# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20cr2772-BAS |
| v. | INFORMATION |
| MENDEL GOLDSTEIN, | 18 U.S.C. § 371 – Conspiracy to Defraud the United States |
| Defendant. | |

The United States Attorney charges, at all times material:

1. Defendant MENDEL GOLDSTEIN operated a videography business in Brooklyn, New York, that provided freelance filming and lighting services to various clients. The jobs provided defendant with substantial income paid by his clients via check. Defendant had an obligation to report his freelance income to the Internal Revenue Service ("IRS"), and to pay income tax on those earnings.

2. Defendant's brother, Yisroel Goldstein ("Yisroel"), served until 2018 as the Director and head rabbi of Chabad of Poway, a religious congregation and community organization located in Poway, California. Chabad of Poway is a public charity registered with the IRS as a tax-exempt organization.

3. Beginning in at least April 2012 and continuing up to and including at least December 2018, within the Southern District of California and elsewhere, defendant MENDEL GOLDSTEIN knowingly and intentionally conspired and agreed with Yisroel and others to defraud the United States for the purpose of impeding, impairing, obstructing, and defeating the lawful functions of the IRS in the ascertainment, computation, assessment, and collection of revenue.

4. The purpose of the conspiracy was to fraudulently obtain hundreds of thousands of dollars for defendant's and Yisroel's personal use and benefit by concealing defendant's substantial income from the IRS and failing to pay the tax due and owing on that income.

5. Defendant and Yisroel operated the conspiracy using the following manners and means:

   a. Defendant would earn income doing freelance work, and would collect income from his clients using checks that concealed the true nature of the payments.

   b. Defendant would deposit those checks in a bank account controlled by Yisroel and held in the name of Chabad of Poway, so that defendant could avoid reporting the income to the IRS and thereby avoid paying the taxes owed.

   c. Defendant would allow Yisroel to keep approximately 10% of his income in exchange for his assistance in the tax evasion scheme.

   d. Yisroel would secretly return the remaining 90% of defendant's income by allowing defendant to write checks from the Chabad of Poway account made out to "CASH" or addressed to fictitious people like "Mr. Green," "Mr. Gold," or "Mr. Fish," which defendant would then cash at various check cashing businesses in New York City.

6. In furtherance of the conspiracy, defendant and Yisroel each performed dozens of overt acts, including that in around August 2012, Yisroel allowed defendant to deposit approximately $12,250 of income into a Chabad of Poway bank account based in San

Diego. Defendant then withdrew approximately $11,250 in two separate payments designed to conceal and disguise the source of the funds and the fact that it was income.

All in violation of Title 18, United States Code, Section 371.

ROBERT S. BREWER, JR.
United States Attorney

DATED: 9/9/2020

_____
EMILY W. ALLEN
RANDY S. GROSSMAN
OLEKSANDRA JOHNSON
Assistant U.S. Attorneys