# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20-CR-2772-BAS |
| v. | NOTICE OF RELATED CASE |
| MENDEL GOLDSTEIN, | |
| Defendant. | |

TO THE CLERK OF THE COURT:

Please take notice that the above entitled case is related to *United States v. Alexander Avergoon*, Case No. 19CR2955-BAS, pursuant to Local Rule 57.2.1, Related Cases. The United States Attorney certifies the cases are related for the following reason(s):

___ (1)   More than one indictment or information is filed or pending against the same defendant or defendants.

_X_ (2)   Prosecution against different defendants arises from:

    ___ (a) A common wiretap;

    _X_ (b) A common search warrant;

    ___ (c) Activities that are part of the same alleged criminal event or transaction; that is, the cases involved substantially the same facts and the same questions of law.

DATED:

/s/ Robert Brewer
ROBERT S. BREWER, JR.
United States Attorney